

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause number:               01-15-00983-CV

Style:                      Ruben Zamora, Jr.

                            v. The State of Texas

Date motion filed*:         March 10, 2016

Type of motion:             Motion to extend time to file reporter's record

Party filing motion:        Court reporter

Document to be filed:       Reporter's record

Is appeal accelerated?      No

If motion to extend time:

    Original due date:                          January 4, 2016

    Number of previous extensions granted:      1          Current Due date: April 11, 2016

    Date Requested:                             March 30, 2016

Ordered that motion is:

☐      Granted

       If document is to be filed, document due:

       ☐ The Court will not grant additional motions to extend time absent extraordinary circumstances.

☐      Denied

☑      **Dismissed as moot**

☐      Other: _____

   This reporter's record was due to filed on January 4, 2016. On January 12, 2016, this Court issued an order directing the court reporter to file the reporter's record no later than February 11, 2016. When the court reporter did not file a reporter's record or otherwise respond, the Court issued a second order directing the court reporter to file a reporter's record no later April 11, 2016, with no further extensions absent exceptional circumstances. On March 10, 2016, the court reporter filed a motion requesting an extension to March 30, 2016. We dismiss the as moot. **The reporter's record remains due to be filed no later than April 11, 2016, with no further extensions absent exceptional circumstances.**

Judge's signature:   /s/ Terry Jennings
                ☑ Acting individually      ☐ Acting for the Court

Panel consists of   _____

Date:  April 12, 2016